Dismissed and Memorandum Opinion filed September 25, 2008








Dismissed
and Memorandum Opinion filed September 25, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00594-CV

____________

 

WAL-MART STORES, INC., Appellant

 

V.

 

LUCILLE R. PENNYCUFF, Appellee

 



 

On Appeal from the
413th District Court

Johnson County,
Texas

Trial Court Cause
No. C200800044

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 12, 2008.  On September 3, 2008, the
parties filed an agreed motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
September 25, 2008.

Panel consists of Chief Justice Hedges, Justices Anderson and Frost.